540    APPELLATE COURTS OF ILLINOIS.

Childers & Lillienstein v. Illinois Central R. Co., 206 Ill. App. 540.

## Childers & Lillienstein, Appellant, v. Illinois Central Railroad Company, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed July 14, 1917.

### Statement of the Case.

Action by Childers & Lillienstein, a corporation, plaintiff, against the Illinois Central Railroad Company, defendant, to recover damages for injury to a mare in course of shipment over defendant's railroad. From a judgment for defendant, plaintiff appeals.

This case is governed by the decisions in cases Nos. 6,646, 6,660, *ante,* pp. 535, 539.

SMITH & FRIEDMEYER, for appellant.

GRAHAM & GRAHAM, for appellee; JOHN G. DRENNAN, of counsel.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.